**2014–0083. Washington v. Winkler.**
In Mandamus. On motion to dismiss. Motion granted.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0295. State ex rel. Ohio Civ. Rights Comm. v. McMonagle.**
In Prohibition. Upon consideration of the motions of GMS Management Co., Inc., for leave to intervene and for judgment on the pleadings, it is ordered by the court that the motion for leave to intervene is granted and the motion for judgment on the pleadings is denied.

Upon consideration of the motion of amici curiae Ohio Employment Lawyers Association and Ohio Disability Rights Law and Policy Center for leave to file a memorandum in support of the memorandum in opposition to the motion to dismiss, it is ordered by the court that the motion is granted.

Upon consideration of respondent's motion to dismiss, it is ordered by the court that the motion to dismiss is granted. Accordingly, this cause is dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur in granting the motion of GMS Management for leave to intervene.

O'Neill, J., dissents and would deny the motion for leave to intervene.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur in denying the motion of GMS Management for judgment on the pleadings.

O'DONNELL, J., concurs and would deny the motion for judgment on the pleadings as moot.
KENNEDY, J., dissents and would dismiss the motion for judgment on the pleadings.

O'CONNOR, C.J., and PFEIFER, LANZINGER, and FRENCH, JJ., concur in granting the motion of amici curiae Ohio Employment Lawyers Association and Ohio Disability Rights Law and Policy Center for leave to file a memorandum in support of the memorandum in opposition to the motion to dismiss.

O'DONNELL and O'NEILL, JJ., dissent and would deny the motion for leave to file a memorandum in support of the memorandum in opposition to the motion to dismiss.

KENNEDY, J., dissents and would dismiss the motion for leave to file a memorandum in support of the memorandum in opposition to the motion to dismiss.

PFEIFER, O'DONNELL, KENNEDY, and O'NEILL, JJ., concur in granting respondent's motion to dismiss.

O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent and would deny the motion to dismiss and grant the writ of prohibition.

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Logan.**
In Mandamus. On relators' motion for an order for respondents to show cause why they should not be held in contempt and an order setting a court-supervised mediation. The motion for respondents to show cause is granted and the request for court-supervised mediation is held in abeyance. Respondents shall appear before the court on April 30, 2014, at 9:00 a.m. for a show-cause hearing. Relators may also appear for the hearing.
LANZINGER, KENNEDY, and FRENCH, JJ., dissent.